

# Velva L. Price
## Travis County District Clerk
### Travis County Courthouse Complex
### P.O. Box 679003
### Austin, Texas 78767-9003

October 12, 2015

Mr. Jeffrey D. Kyle
Third Court of Appeals
P.O. Box 12547
Austin, Texas 78711-2547

Dear Mr. Kyle,

A clerk's record in cause number, D-1-GN-14-002465 and Court of Appeals number 03-15-00619-CV, styled, KEITH WILEY V MARQUE AUSTIN COMMONS, was due in your office October 12, 2015. On October 6, 2015, the 3rd Court of Appeals sent notice to Appellant, requesting an answer to a jurisdictional question. The Appellant must respond on or before October 16, 2015. Therefore, this clerk requests an extension of time to submit the clerk's record to <u>October 26, 2015</u>.

Thank you for your consideration.

If you have any questions, please contact me at (512) 854-5835.

Sincerely,

Trish Winkler
Deputy Court Clerk II
(512) 854-4309

| Administrative Offices | Civil and Family Division | Criminal Division | Jury Office |
|---|---|---|---|
| (512) 854-9457 | (512) 854-9457 | (512) 854-9420 | (512) 854-9669 |
| fax: 854-4744 | fax: 854-9549 | fax: 854-4566 | fax: 854-4457 |